JESSICA REDDITT, State Bar No. 264673
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
jredditt@baylegal.org
Phone: (510) 250-5208
Fax:    (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Sharon Bonita Green,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant | CIVIL NO.  3:16-cv-04716<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY IN OPPOSITION TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff, Sharon Bonita Green, shall have until April 18, 2017, in which to file and serve a reply in this action.  This is the second stipulation for extended time requested by Plaintiff in this matter and is necessary to allow Plaintiff sufficient time to review Defendant's brief and draft a response.

---

[1] Nancy Berryhill is now the Acting Commission of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

Dated:   March 3, 2017          By:____/s/_____

Jessica Redditt

Attorney for Plaintiff

Dated: March 3, 2017          By: _____/s/_ (as authorized via email March 3, 2017)

Richard Rodriguez on behalf of Marcelo Illarmo

Special Assistant United States Attorney

[PROPOSED] ORDER:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

By:   _____

Dated:  3/7/2017          Hon. William H. Orrick, United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE
REPLY IN OPPOSITION TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
3:16-cv-04716

2